# United States Bankruptcy Court
## District of Colorado

In re: Ajubeo LLC, Debtor(s)

Case No. 17-17924
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Infrastructures Investors, LLC<br>1470 Walnut Street, Suite 400<br>Boulder, CO 80302 | Class A | 2,000,000 | Shares |
| Tom Whitcomb<br>1319 Greening Avenue<br>Erie, CO 80516 | Class A | 100,000 | Shares |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of Board of Managers of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: August 25, 2017

Signature: /s/ Jeff Kuo
Jeff Kuo

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.