[NEW] Bankruptcy Form 1007-7.1 (Added Per GPO 2013-1)

# United States Bankruptcy Court
### District of Colorado

In re  Ajubeo LLC                                   )
       *[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
                                          Debtor    )   Case No. 17-17924
                                                    )
Address  1470 Walnut Street, Suite 400              )   Chapter  11
         Boulder, CO 80302                          )
Last four digits of Social-Security or Individual   )
TaxPayer-Identification (ITIN) No(s).,(if any):     )
Employer's Tax-Identification (EIN) No(s). (if any): 45-2467444  )

## DISCLOSURE REGARDING RECEIVERS

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7: Check applicable box:

[✓]   No receiver is in possession of debtor's property

[ ]   A receiver is in possession of all or part of the debtor's property:

   Identification (by address or legal description) of property(ies): _____
   Name of Creditor: _____
   Name, Address and Telephone Number of Receiver:
   _____
   _____
   _____

   Attorney for Receiver (if any): _____
   Name, Address and Telephone Number of Attorney:
   _____
   _____

   Date of Appointment of Receiver: _____
   Court Appointing Receiver and Case No: _____

Dated:   August 25, 2017
    By:  /s/ Jeff Kuo
         Jeff Kuo, Chairman of Board of Managers     Signature of Debtor

Dated: August 25, 2017

By: *s/Joshua M. Hantman*
Joshua M. Hantman, #42010
Counsel to Ajubeo LLC
Brownstein Hyatt Farber Schreck, LLC
410 Seventeenth Street, Suite 2200
Denver, CO 80202
Telephone number: (303) 223-1100
Facsimile number: (303) 223-1111
E-mail address: jhantman@bhfs.com

101-A