# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 17-17924-JGR |
| AJUBEO LLC, EIN: 45-2467444, | Chapter 11 |
| Debtor. | |

### DECLARATION OF ALEX SMITH IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING THE EMPLOYMENT OF BGA MANAGEMENT, LLC, d/b/a ALLIANCE MANAGEMENT, AS CHIEF RESTRUCTURING OFFICER

I, Alex Smith, of full age, hereby declare as follows under penalty of perjury:

1. I am a Principal of BGA Management, LLC d/b/a Alliance Management ("**Alliance**"), a financial advisory firm that specializes in, among other things, turning around troubled businesses and marketing and selling such businesses and their assets. I am resident in Alliance's office at Market Square, Suite 400, 1400 Sixteenth St., Denver, CO 80202.

2. This declaration is submitted in support of the *Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Employment of BGA Management, LLC, d/b/a Alliance Management, as Chief Restructuring Officer* (the "**Motion**") filed concurrently herewith. Unless otherwise stated herein, I have personal knowledge of the facts set forth in this declaration.

3. Except as disclosed herein, Alliance has no connection with the Debtor, any creditor, or any other party in interest in this bankruptcy case, or its respective attorneys or accountants, or the United States Trustee or any person employed in the Office of the United States Trustee, nor do I represent any interest adverse to the estate.

4. To the best of its ability under the circumstances, Alliance has conducted an examination of actual and potential creditors and parties in interest to determine if it has

15924056

represented, advised, or otherwise worked for any of them in connection with this case or on other matters. Alliance has not discovered any actual or potential creditors or parties in interest that it has performed work for in this case or on other matters. Alliance will continue to review potential conflicts during the pendency of this case, and if and to the extent additional connections are discovered, Alliance will submit a supplemental declaration.

[*Remainder of page intentionally left blank*]

15924056

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of August, 2017, at Denver, Colorado.

_____
Alex Smith

SIGNATURE PAGE TO DECLARATION OF ALEX SMITH IN SUPPORT OF MOTION SEEKING EMPLOYMENT OF ALLIANCE MANAGEMENT

15924056