**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:

AJUBEO, LLC,
EIN: 45-2467444,

Debtor.

Case No. 17-17924-JGR

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING THE EMPLOYMENT OF BGA MANAGEMENT, LLC, d/b/a ALLIANCE MANAGEMENT, AS CHIEF RESTRUCTURING OFFICER**

This matter having come before the Court on the *Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Employment of BGA Management, LLC, d/b/a Alliance Management, as Chief Restructuring Officer* (the "**Motion**"),[1] and the Court having considered the Motion, finding cause for granting the requested relief, and finding that no prejudice will exist in granting the Motion, it is HEREBY ORDERED THAT:

1.  The Motion is GRANTED in its entirety;

2.  The Debtor is authorized to employ and compensate Alliance pursuant to the terms of the CRO Agreement, effective as of the Petition Date;

3.  The CRO Agreement is APPROVED;

4.  On or before the 14th day after the end of each month, Alliance shall file with the Court and serve on the United States Trustee and all creditors and other interested parties a statement setting forth the total compensation paid for the applicable month, together with a summary of the services provided (the "**Compensation Statement**");

5.  Parties in interest shall have 14 days from the filing of each Compensation Statement to file with the Court written objections to such Compensation Statement.  In the event that no objections are filed, the compensation set forth in the Compensation Statement shall be deemed fully and finally approved without further order of the Court.  In the event that an objection is filed, the Debtor shall request a hearing and such compensation shall be subject to review by the Court; and

6.  The 14-day stay of effectiveness imposed by Bankruptcy Rule 6004(h) is hereby waived and this Order shall take effect immediately.

DATED: _____

BY THE COURT:

_____
Hon. Joseph G. Rosania, Jr.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

15924008