# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-17924 JGR |
| AJUBEO LLC ) | Chapter 11 |
| EIN #45-2467444 ) | |
| ) | |
| Debtor ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR REQUEST FOR ALL NOTICES, AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE THAT**, pursuant to Sections 102(1), 342, and 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure Green House Data, Inc., an interested party in the above-captioned matter, hereby appears through its counsel and requests that all notices given or required to be given in this chapter 11 case be given to and served upon:

Caroline C. Fuller
Fairfield and Woods, P.C.
1801 Lincoln Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
Fax: (303) 830-1033
Email: cfuller@fwlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, schedules of assets and liabilities, complaint or demand, plan or disclosure statement, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed, manually or electronically, with regard to the above captioned cases or proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) this party's right to trial by jury in any proceeding so triable herein or any case, controversy or proceeding related hereto, (iii) this party's right to have the reference withdrawn by the District Court in any matter subject to mandatory discretionary withdrawal, (iv) for other matters not constitutionally authorized to be tried by the Bankruptcy Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which this party is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

Respectfully submitted this 30th day of August, 2017.

>FAIRFIELD AND WOODS, P.C.
>
>*s/ Caroline C. Fuller*
> Caroline C. Fuller, Reg. No. 14403
> 1801 California, Suite 2600
> Denver, Colorado 80202
> Telephone: (303) 830-2400
> E-mail: cfuller@fwlaw.com
> ***Attorneys for Green House Data, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2017, I caused a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS** to be placed into the United States mail, first class postage prepaid and correctly addressed as follows:

| | |
|---|---|
| **Alison Goldenberg** | **Joshua M. Hantman** |
| Byron G. Rogers Federal Building | Samuel M. Kidder |
| 1961 Stout St., Ste. 12-200 | 410 17th St., Ste. 2200 |
| Denver, CO 80294 | Denver, CO 80202 |
| *Attorney for US Trustee* | *Attorney for Debtor* |

>*s/ Jenny F. Tokuoka*