**Fill in this information to identify the case:**

Debtor name: AJUBEO LLC

United States Bankruptcy Court for the: District of: COLORADO (State)

Case number (If known): 17-17924-JGR

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filling for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross Revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of Revenue<br>Check all that apply | Gross Revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2017<br>MM/DD/YYYY | to | Filing Date | [X] Operating a business<br>☐ Other _____ | $ 2,437,408.00 |
| For prior year: | From 01/01/2016<br>MM/DD/YYYY | to | 12/31/2016<br>MM/DD/YYYY | [X] Operating a business<br>☐ Other _____ | $ 4,364,328.00 |
| For the year before that: | From 01/01/2015<br>MM/DD/YYYY | to | 12/31/2015<br>MM/DD/YYYY | [X] Operating a business<br>☐ Other _____ | $ 3,795,846.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

[X] None

| | | | | Description of sources of revenue | Gross Revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM/DD/YYYY | to Filing Date | | _____ | $ _____ |
| For prior year: | From _____<br>MM/DD/YYYY | to | _____<br>MM/DD/YYYY | _____ | $ _____ |
| For the year before that: | From _____<br>MM/DD/YYYY | to | _____<br>MM/DD/YYYY | _____ | $ _____ |

Debtor  AJUBEO LLC                         Case Number *(if known)* 17-17924-JGR

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensations, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   | | Creditor's name and address | Dates | Total amount or value | Reason for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | See attached schedule.<br>Creditor's Name<br><br>Street<br><br>City    State    Zip Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
   | 3.2. | Creditor's Name<br><br>Street<br><br>City    State    Zip Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or fro the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C § 101(31).

   ☐ None

   | | Insider's name and address | Dates | Total amount or value | Reason for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | See Attached Schedule; see also Schedule for<br>Insider's Name<br>Part 13, Item 30<br>Street<br><br>City    State    Zip Code<br>**Relationship to Debtor** | | $ | |
   | 4.2. | Insider's Name<br><br>Street<br><br>City    State    Zip Code<br>**Relationship to Debtor** | | $ | |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 2

Debtor  AJUBEO LLC                         Case Number *(if known)* 17-17924-JGR

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, returned to the seller. Do not include property listed in line 6.

   [X] None

   | | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|---|
   | 5.1. | | | | $ |
   | 5.2. | | | | $ |

6. **Setoffs**
   List any creditor, including a bank or financial institution that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment of the debtor's direction from an account of the debtor because the debtor owed a debt.

   [X] None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | | | | $ |

   Last 4 digits of account number: XXX-_____

   **Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   [ ] None

   7.1.
   **Case title:** Data Sales Co., Inc v. Ajubeo LLC
   **Nature of case:** Replevin
   **Court or agency's name and address:**
   Boulder County District Court (Name)
   1777 6th Street (Street)
   Boulder, CO 80302
   [X] Pending
   [ ] On appeal
   [ ] Concluded
   **Case number:** 2017CV30822

   7.2.
   **Case title:** CSC Leasing Co., v. Ajubeo LLC
   **Nature of case:** Breach of Contract
   **Court or agency's name and address:**
   Commonwealth of Virginia (Name)
   Henrico Circuit Court, Civil Division (Street)
   4301 Parham Road
   Richmond, VA 23228-2745
   [X] Pending
   [ ] On appeal
   [ ] Concluded
   **Case number:** CL17-1321

Debtor  AJUBEO LLC                                              Case Number *(if known)*  17-17924-JGR

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   [X] None

   | Custodian's name and address | Description of the property | Value |
   |---|---|---|
   | Custodian's name | | $ |
   | Street | Case title | Court name and address |
   | | | Name |
   | | Case number | Street |
   | City   State   Zip Code | Date of order or assignment | |
   | | | City   State   Zip Code |

   **Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   [X] None

   |   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|---|
   | 9.1. | | | | $ |
   | | Recipient's name | | | |
   | | Street | | | |
   | | City   State   Zip | | | |
   | | Recipient's relationship to debtor | | | |
   | 9.2. | | | | $ |
   | | Recipient's name | | | |
   | | Street | | | |
   | | City   State   Zip | | | |
   | | Recipient's relationship to debtor | | | |

   **Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    [X] None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | $ |

Debtor   AJUBEO LLC                                  Case Number *(if known)*  17-17924-JGR

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

    | | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | Brownstein Hyatt Farber Schreck, LLP | | 08/24/17 | $ 15,000.00 |

    **Address**
    410 Seventeenth Street, Suite 2200
    Street

    Denver                       CO      80202
    City                         State   Zip

    **Email or website address**
    www.bhfs.com

    **Who made the payment, if not debtor?**

    | | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.2. | | | | $ |

    **Address**

    Street

    City                         State   Zip

    **Email or website address**

    **Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement

    ☒ None

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|
    | | | | $ |
    | **Trustee** | | | |
    | | | | |

Debtor  AJUBEO LLC                                Case Number *(if known)* 17-17924-JGR

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

[X] **None**

13.1.
| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value $ |

Address

Street

City    State    Zip

Relationship to debtor

13.2.
| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value $ |

Address

Street

City    State    Zip

Relationship to debtor

**Part 7:  Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

[X] **Does not apply**

Address                                                  Dates of occupancy

14.1.                                                    From _____  To _____
Street

City    State    Zip Code

14.2.                                                    From _____  To _____
Street

City    State    Zip Code

Debtor  AJUBEO LLC                                   Case Number *(if known)*  17-17924-JGR

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Is the debtor primarily engaged in offering services and facilities for:
diagnosing or treating injury, deformity, or disease, or
providing any surgical, psychiatric, drug treatment, or obstetric care?

[X] No. Go to Part 9.

[ ] Yes. Fill in the information below.

| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.1. | Facility name | | |
| | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** [ ] Electronically |
| | City         State    Zip Code | | [ ] Paper |

| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.2. | Facility name | | |
| | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** [ ] Electronically |
| | City         State    Zip Code | | [ ] Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

[X] No.

[ ] Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
[ ] No
[ ] Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

[X] No. Go to Part 10.

[ ] Yes. Does the debtor serve as plan administrator?
  [ ] No. Go to Part 10.
  [ ] Yes. Fill in below:

  | **Name of plan** | **Employer identification number of the plan** |
  |---|---|
  | | EIN: _____ |

  Has the plan been terminated?
  [ ] No
  [ ] Yes

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 7

Debtor  AJUBEO LLC                                      Case Number *(if known)*  17-17924-JGR

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

[X] None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1.
Name / Street / City / State / Zip Code
XXXX — ____
☐ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other ____
$ ____

18.2.
Name / Street / City / State / Zip Code
XXXX — ____
☐ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other ____
$ ____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

[X] None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Creditor's Name / Street / City / State / Zip Code
Address
☐ No  ☐ Yes

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

[X] None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Creditor's Name / Street / City / State / Zip Code
Address
☐ No  ☐ Yes

Debtor   AJUBEO LLC                                    Case Number *(if known)* 17-17924-JGR

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

[X] None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $ |
| Street | | | |
| City   State   Zip | | | |

### Part 12: Details About Environmental Information

**21. Property held for another**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

[X] No
[ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   Zip Code | City   State   Zip Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

[X] No
[ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   Zip Code | City   State   Zip Code | | |

Debtor    AJUBEO LLC                                        Case Number *(if known)*  17-17924-JGR

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

[X] No

[ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    Zip Code | City    State    Zip Code | | |

**Part 13    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

[X] None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN |
| | Street | | |
| | | | **Dates business existed** |
| | City    State    Zip Code | | From _____ To _____ |
| 25.2. | Name | | EIN |
| | Street | | |
| | | | **Dates business existed** |
| | City    State    Zip Code | | From _____ To _____ |
| 25.3. | Name | | EIN |
| | Street | | |
| | | | **Dates business existed** |
| | City    State    Zip Code | | From _____ To _____ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 10

Debtor  AJUBEO LLC                                      Case Number *(if known)*  17-17924-JGR

### 26. Books, records, and financial statements

26.a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**26a.1.**
Name and address: Big Sky Solutions, Inc.
Street: 7967 S. Clayton Circle
City: Centennial   State: CO   Zip Code: 80021
Dates of service: From 1/1/15 To 4/19/17

**26a.2.**
Name:
Street:
City:   State:   Zip Code:
Dates of service: From   To

26.b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

**26b.1.**
Name:
Street:
City:   State:   Zip Code:
Dates of service: From   To

**26b.2.**
Name:
Street:
City:   State:   Zip Code:
Dates of service: From   To

26.c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1.**
Name: Jeff Kuo, Chairman
Street: 1470 Walnut Street, Suite 400
City: Boulder   State: CO   Zip Code: 80302

If any books of account and records are unavailable, explain why:

Debtor  AJUBEO LLC                                            Case Number *(if known)*  17-17924-JGR

**26c.2.**
**Name and address**
Name
Street
City                    State    Zip Code

**If any books of account and records are unavailable, explain why**

**26.d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**26d.1.** **Name and address**
Silicon Valley Bank
Name
380 Interlocken Crescent, Suite 600
Street

Broomfield                    CO       80021
City                          State    Zip Code

**26d.2.** **Name and address**
Integrity Wealth Management
Name
13540 Meadowgrass Dr., Suite 100
Street

Colorado Springs              CO       80921
City                          State    Zip Code

**26d.3.** **Name and address**
Farnam Street Financial, Inc.
Name
5850 Opus Parkway
Street

Minnetonka                    MN       55343
City                          State    Zip Code

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

**X** No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**27.1.** **Name and address of the person who has possession of inventory records**
Name
Street
City                    State    Zip Code

Debtor  AJUBEO LLC                         Case Number *(if known)*  17-17924-JGR

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.
Name
Street
City    State    Zip Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Kuo | 1470 Walnut Street, Suite 400<br>Boulder, CO 80302 | Chairman | |
| Infrastructure Investors, LLC | 1470 Walnut Street, Suite 400<br>Boulder, CO 80302 | Controlling Shareholder | 95.5% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held (From / To) |
|---|---|---|---|
| Stephen R. Brothers | 71 South Juniper Court<br>Golden, CO 80401 | Chief Executive Officer | Up to April 2017 |
| Jeff Kuo | 1470 Walnut Street, Suite 400<br>Boulder, CO 80302 | Chairman | All periods including current |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See attached schedule. | | | |
| Name | | | |
| Street | | | |
| City    State    Zip Code | | | |

**Relationship to debtor**

Debtor  AJUBEO LLC                              Case Number *(if known)* 17-17924-JGR

| 30.2. Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    Zip Code | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

[X] No

[ ] Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

[X] No

[ ] Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN |

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ September 8, 2017 _____

X _____/s/ signature_____                           Printed name _____ Alex Smith _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor         Chief Restructuring Officer

Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?

[ ] No
[X] Yes

**Ajubeo LLC**

SOFA- Part 2- 3       Payments within 90 Days of Filing
5/25/2017 to 8/25/2017

| Transaction Date | Payee/Creditor's Name | Street Address | City | State | Zip Code | Reason for Payment | Amount |
|---|---|---|---|---|---|---|---|
| 6/5/2017 | American Express | Not Available | | | | Supplier/Vendor | 10,000.00 |
| 6/23/2017 | American Express | Not Available | | | | Supplier/Vendor | 5,000.00 |
| 7/3/2017 | American Express | Not Available | | | | Supplier/Vendor | 5,000.00 |
| 7/11/2017 | American Express | Not Available | | | | Supplier/Vendor | 14,800.00 |
| 8/1/2017 | American Express | Not Available | | | | Supplier/Vendor | 15,929.60 |
| 8/24/2017 | American Express | Not Available | | | | Supplier/Vendor | 85.53 |
| 8/24/2017 | Brownstein Hyatt Farber Schreck | 410 Seventeenth St., Suite 2200 | Denver | CO | 80202 | BK attorneys | 15,000.00 |
| 6/2/2017 | CSC Leasing Company | 6806 Paragon Place, Suite 170 | Richmond | VA | 23230 | Supplier/Vendor | 10,000.00 |
| 6/16/2017 | CSC Leasing Company | 6806 Paragon Place, Suite 170 | Richmond | VA | 23230 | Supplier/Vendor | 10,000.00 |
| 6/23/2017 | Data Sales Co., Inc. | 3450 West Burnsville Pkwy | Burnsville | MN | 55337 | Supplier/Vendor | 8,000.00 |
| 6/8/2017 | Farnam Street Financial | 5850 Opus Parkway | Minnetonka | MN | 55343 | Supplier/Vendor | 10,000.00 |
| 6/21/2017 | Farnam Street Financial | 5850 Opus Parkway | Minnetonka | MN | 55343 | Supplier/Vendor | 10,000.00 |
| 7/24/2017 | Farnam Street Financial | 5850 Opus Parkway | Minnetonka | MN | 55343 | Supplier/Vendor | 15,000.00 |
| 8/8/2017 | Finetec | Not Available | | | | | 7,055.77 |
| 7/7/2017 | Fortrust LLC | 4300 Brighton Blvd | Denver | CO | 80126 | Supplier/Vendor | 25,000.00 |
| 7/11/2017 | Fortrust LLC | 4300 Brighton Blvd | Denver | CO | 80126 | Supplier/Vendor | 22,607.23 |
| 6/12/2017 | Objective AIM LLC | 12695 Winona Cir | Broomfield | CO | 80020 | Services | 9,750.00 |
| 6/29/2017 | Objective AIM LLC | 12695 Winona Cir | Broomfield | CO | 80020 | Services | 9,750.00 |
| 7/18/2017 | Objective AIM LLC | 12695 Winona Cir | Broomfield | CO | 80020 | Services | 4,875.00 |
| 7/25/2017 | Objective AIM LLC | 12695 Winona Cir | Broomfield | CO | 80020 | Services | 4,875.00 |
| 7/25/2017 | Objective AIM LLC | 12695 Winona Cir | Broomfield | CO | 80020 | Services | 4,875.00 |
| 8/22/2017 | Objective AIM LLC | 12695 Winona Cir | Broomfield | CO | 80020 | Services | 9,750.00 |
| 8/1/2017 | Promark Technology Inc. | PO Box 403624 | Atlanta | GA | 30384 | Supplier/Vendor | 45,000.00 |
| 6/16/2017 | Silicon Valley Bank | 3003 Tasman Drive | Santa Clara | CA | 95054 | Secured Debt | 25,000.00 |
| 5/26/2017 | Silicon Valley Bank | 3003 Tasman Drive | Santa Clara | CA | 95054 | Other | 128 |
| 6/2/2017 | Silicon Valley Bank | 3003 Tasman Drive | Santa Clara | CA | 95054 | Secured Debt | 52,030.20 |
| 6/26/2017 | Silicon Valley Bank | 3003 Tasman Drive | Santa Clara | CA | 95054 | Other | 140 |
| 7/6/2017 | Silicon Valley Bank | 3003 Tasman Drive | Santa Clara | CA | 95054 | Secured Debt | 51,683.72 |
| 7/7/2017 | Silicon Valley Bank | 3003 Tasman Drive | Santa Clara | CA | 95054 | Other | 30 |
| 7/26/2017 | Silicon Valley Bank | 3003 Tasman Drive | Santa Clara | CA | 95054 | Other | 128 |
| 8/1/2017 | Silicon Valley Bank | 3003 Tasman Drive | Santa Clara | CA | 95054 | Other | 30 |
| 8/4/2017 | Silicon Valley Bank | 3003 Tasman Drive | Santa Clara | CA | 95054 | Other | 30 |
| 6/12/2017 | United Healthcare | Not Available | | | | Supplier/Vendor | 4,715.97 |
| 7/10/2017 | United Healthcare | | | | | Supplier/Vendor | 4,566.85 |
| 8/10/2017 | United Healthcare | | | | | Supplier/Vendor | 6,163.48 |
| 8/22/2017 | Zayo Group LLC | PO Box 952136 | Dallas | TX | 75395 | Supplier/Vendor | 9,436.22 |
| 7/26/2017 | Zerto, Ltd. | 27-43 Wormwood St., Suite 530 | Boston | MA | 02210 | Supplier/Vendor | 6,595.29 |

***Ajubeo LLC - SOFA Schedule 4.1 (Part 2, Item 4)***
***Payments Benefiting Insiders (Within 1 Year of Petition Date)***

| Transaction Date | Recipient | Amount |
|---|---|---|
| 9/1/2016 | Silicon Valley Bank* | $3,587.96 |
| 10/3/2016 | Silicon Valley Bank | $3,472.22 |
| 11/1/2016 | Silicon Valley Bank | $3,587.97 |
| 12/1/2016 | Silicon Valley Bank | $3,472.22 |
| 1/3/2017 | Silicon Valley Bank | $3,697.27 |
| 2/1/2017 | Silicon Valley Bank | $3,787.30 |
| 3/1/2017 | Silicon Valley Bank | $52,153.72 |
| 3/15/2017 | Silicon Valley Bank | $40,000.00 |
| 3/16/2017 | Silicon Valley Bank | $70,000.00 |
| 4/3/2017 | Silicon Valley Bank | $52,418.37 |
| 4/3/2017 | Silicon Valley Bank | $8,244.14 |
| 4/11/2017 | Silicon Valley Bank | $24,210.52 |
| 5/2/2017 | Silicon Valley Bank | $52,198.39 |
| 5/16/2017 | Silicon Valley Bank | $30,000.00 |
| 5/26/2017 | Silicon Valley Bank | $128.00 |
| 6/2/2017 | Silicon Valley Bank | $52,030.20 |
| 6/16/2017 | Silicon Valley Bank | $25,000.00 |
| 6/26/2017 | Silicon Valley Bank | $140.00 |
| 7/6/2017 | Silicon Valley Bank | $51,683.72 |
| 7/7/2017 | Silicon Valley Bank | $30.00 |
| 7/26/2017 | Silicon Valley Bank | $128.00 |
| 8/1/2017 | Silicon Valley Bank | $30.00 |
| 8/4/2017 | Silicon Valley Bank | $30.00 |

**NOTE: Silicon Valley Bank is not an insider of the Debtor. However, the Debtor's obligations to SVB are guaranteed by insider Infrastructures LLC.*

**Ajubeo, LLC - SOFA-Part 13- 30**

Payments to Insiders within 1 year of filing case

| Name | Address | Date | Amount | Reason for Providing Value |
|---|---|---|---|---|
| Stephen R. Brothers | 71 South Juniper Court, Golden CO 80401 | 8/31/2016 | $ 8,825.00 | CEO Salary |
| | | 9/14/2016 | $ 8,825.00 | CEO Salary |
| | | 9/30/2016 | $ 8,825.00 | CEO Salary |
| | | 10/14/2016 | $ 8,825.00 | CEO Salary |
| | | 10/31/2016 | $ 8,825.00 | CEO Salary |
| | | 11/14/2016 | $ 8,825.00 | CEO Salary |
| | | 11/30/2016 | $ 8,825.00 | CEO Salary |
| | | 12/15/2016 | $ 8,825.00 | CEO Salary |
| | | 12/30/2016 | $ 8,825.00 | CEO Salary |
| | | 1/13/2017 | $ 8,825.00 | CEO Salary |
| | | 1/31/2017 | $ 8,825.00 | CEO Salary |
| | | 2/15/2017 | $ 8,825.00 | CEO Salary |
| | | 2/28/2017 | $ 8,825.00 | CEO Salary |
| | | 3/15/2017 | $ 8,825.00 | CEO Salary |
| | | 3/31/2017 | $ 6,637.53 | CEO Salary |
| | | 4/14/2017 | $ 13,288.71 | PTO |
| | | 4/28/2017 | $ 13,288.00 | PTO |
| | | Total | $ 156,764.24 | |