| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | AJUBEO LLC | |
| United States Bankruptcy Court for the | District of: | Colorado (State) |
| Case number (If known): 17-17924-JGR | | |

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                     12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ 1,093,128.00

   1c. **Total all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ 1,093,128.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total Dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*........................... $ 1,038,109.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ 20,833.78

   3b. **Total claim amounts of nonpriority amount of unsecured claims:**
   Copy the total claims from Part 2 from line 5b of *Schedule E/F*............................................. $ 1,746,234.55

4. ***Total Liabilities***............................................................................................................................. $ 2,805,177.33
   Lines 2 + 3a + 3b