**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | AJUBEO LLC |
| United States Bankruptcy Court for the | 0   District of   Colorado (State) |
| Case number (If known): | 17-17924-JGR |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

2. **Does the debtor have any cash or cash equivalents?**                             $           0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Silicon Valley Bank | Checking | 8522 | $ 6,315.00 |
   | 3.2. | | | | $ |
   | 3.3. | | | | $ |
   | 3.4. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

   | | | |
   |---|---|---|
   | 4.1. | | $ |
   | 4.2. | | $ |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $     6,315.00

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

7. **Deposits, including security deposits and utility deposits**                     Current value of debtor's interest
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | See attached schedule. | $ 113,231.00 |
   | 7.2. | | $ |

Debtor  AJUBEO LLC                                      Case Number *(if known)* 17-17924-JGR

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of deposit
   8.1. _____ $ _____
   8.2. _____ $ _____
   8.3. _____ $ _____
   8.4. _____ $ _____
   8.5. _____ $ _____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                              $ 113,231.00

## Part 3: Accounts Receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

                                                                            **Current value of**
                                                                            **debtor's interest**
11. **Accounts Receivable**
    11.a. 90 days old or less:  560,208.00  -  0.00               = .....→ $ 560,208.00
                               face amount     doubtful or uncollectable accounts
    11.b. Over 90 days old:     91,909.00  -  0.00                = .....→ $ 91,909.00
                               face amount     doubtful or uncollectable accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $ 652,117.00

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                        **Valuation method**    **Current value of**
                                                        **used for current**    **debtor's interest**
14. **Mutual funds or publicly traded stocks not included in Part 1**
    14.1. _____                                       _____    $ _____
    14.2. _____                                       _____    $ _____
    14.3. _____                                       _____    $ _____
    14.4. _____                                       _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
    **including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                     % of Ownership:
    15.1. _____                                       _____ %   _____    $ _____
    15.2. _____                                       _____ %   _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable**
    **instruments not included in Part 1**
    Describe:
    16.1. _____                                                   _____    $ _____
    16.2. _____                                                   _____    $ _____

17. **Total of Part 4.**
    Add lines 14 through 16. Copy the total to line 83.                         $ 0.00

Debtor __AJUBEO LLC__   Case Number *(if known)* __17-17924-JGR__

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
- [X] No. Go to Part 6.
- [ ] Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.   $ 0.00

**24. Is any of the property listed in Part 5 perishable?**
- [X] No
- [ ] Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- [X] No
- [ ] Yes. Book Value $ _____   Valuation Method _____   Current Value $ _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- [X] No
- [ ] Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- [X] No. Go to Part 7.
- [ ] Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor  AJUBEO LLC                                      Case Number *(if known)*  17-17924-JGR

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                   $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    [X] No
    [ ] Yes. Is any of the debtor's property stored at the cooperative?
        [X] No
        [ ] Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    [X] No
    [ ] Yes. Book Value $ _____   Valuation Method _____   Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    [X] No
    [ ] Yes. Is any of the debtor's property stored at the cooperative?

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    [X] No
    [ ] Yes. Is any of the debtor's property stored at the cooperative?

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    [ ] No. Go to Part 8.
    [X] Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment | $ | Est. FMV | $ 110,000.00 |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | $ | | $ |
| 42.2. | $ | | $ |
| 42.3. | $ | | $ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                   $ 110,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    [X] No
    [ ] Yes

45.. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    [X] No
    [ ] Yes

Debtor   AJUBEO LLC                                      Case Number *(if known)*  17-17924-JGR

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- [X] No. Go to Part 9.
- [ ] Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
- 47.1. _____  $ _____  _____  $ _____
- 47.2. _____  $ _____  _____  $ _____
- 47.3. _____  $ _____  _____  $ _____

**48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**
- 48.1. _____  $ _____  _____  $ _____
- 48.2. _____  $ _____  _____  $ _____

**49. Aircraft and accessories**
- 49.1. _____  $ _____  _____  $ _____
- 49.2. _____  $ _____  _____  $ _____

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
_____  $ _____  _____  $ _____

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                      $            0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- [X] No
- [ ] Yes.

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- [X] No
- [ ] Yes.

Debtor: AJUBEO LLC        Case Number *(if known)*: 17-17924-JGR

## Part 9: Real Property

**54. Does the debtor own or lease any real property?**

[X] No. Go to Part 10.

[ ] Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | $ | | $ |
| 55.2. | | $ | | $ |
| 55.3. | | $ | | $ |
| 55.4. | | $ | | $ |
| 55.5. | | $ | | $ |
| 55.6. | | $ | | $ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

[X] No

[ ] Yes.

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

[X] No

[ ] Yes.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

[ ] No. Go to Part 11.

[X] Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ 211,465.00 | Book value | $ 211,465.00 |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.     $ 211,465.00

| Debtor | AJUBEO LLC | Case Number *(if known)* 17-17924-JGR |
|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - [X] No
   - [ ] Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - [X] No
   - [ ] Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - [X] No
   - [ ] Yes.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - [X] No. Go to Part 12.
   - [ ] Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes Receivable**
   Description (include name of obligor)

   | | | | = ........... → $ | 0.00 |
   | | | | = ........... → $ | 0.00 |
   | | | | = ........... → $ | 0.00 |
   | face amount | doubtful or uncollectable amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   | | Tax Year | | $ |
   | | Tax Year | | $ |
   | | Tax Year | | $ |

73. **Interests in insurance policies or annuities**

   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   $ _____

   **Nature of Claim** _____

   **Amount Requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   $ _____

   **Nature of Claim** _____

   **Amount Requested** $ _____

76. **Trusts, equitable or future interests in property**

   $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

   $ _____
   $ _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.

   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - [X] No
   - [ ] Yes.

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 7

| Debtor | AJUBEO LLC | Case Number *(if known)* | 17-17924-JGR |
|---|---|---|---|

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 6,315.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 113,231.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 652,117.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 110,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* → | | $ 0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 211,465.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column……………………….91a. | $ 1,093,128.00 | + 91b. $ 0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ……………………………………………… | | $ 1,093,128.00 |

**Ajubeo LLC**
**Schecule A/B: Assets- Real & Personal Property**
Part 2: 7. Schedule of Deposits

| Date | Name | Memo/Description | Account | Amount | Balance |
|---|---|---|---|---:|---:|
| 01/03/2013 | Farnam Street Financial | | Deposits | 5,000.00 | 5,000.00 |
| 03/26/2013 | CSC Leasing Company | | Deposits | 10,310.00 | 15,310.00 |
| 03/26/2013 | CSC Leasing Company | | Deposits | 806.25 | 16,116.25 |
| 07/01/2013 | Farnam Street Financial | security deposit | Deposits | 15,400.00 | 31,516.25 |
| 07/25/2013 | Farnam Street Financial | Additional Security Deposit | Deposits | 14,294.00 | 45,810.25 |
| 10/21/2014 | Farnam Street Financial | Farnam Stree Financial AJ122712-002 Security Deposit | Deposits | 4,120.70 | 49,930.95 |
| 12/15/2014 | Farnam Street Financial | AJ122712-002  Boulder, CO Security Deposit | Deposits | 1,261.44 | 51,192.39 |
| 12/15/2014 | Farnam Street Financial | AJ122712-001  Additional Security Deposit on Schedule No. 001Y   Equipment Location:  Boulder, CO | Deposits | 3,522.32 | 54,714.71 |
| 01/15/2015 | Farnam Street Financial | Security Deposit CofA 005 | Deposits | 4,243.08 | 58,957.79 |
| 01/15/2015 | Farnam Street Financial | Security Deposit CofA 006 | Deposits | 397.20 | 59,354.99 |
| 01/15/2015 | Farnam Street Financial | Security Deposit CofA 004 | Deposits | 397.20 | 59,752.19 |
| 04/29/2015 | Farnam Street Financial | AJ122712-003  Security Deposit CofA 001,002,003,004 | Deposits | 7,041.44 | 66,793.63 |
| 05/20/2015 | Farnam Street Financial | AJ122712-003  Security Deposit CofA 005,006,007,008,009,010 | Deposits | 13,266.77 | 80,060.40 |
| 06/16/2015 | Farnam Street Financial | AJ122712-003  Denver, CO  Security Deposit for  C of A #011 | Deposits | 7,789.10 | 87,849.50 |
| 07/01/2015 | Farnam Street Financial | AJ122712-003  Boulder, CO CofA 012, 013, 014 | Deposits | 2,473.94 | 90,323.44 |
| 09/08/2015 | Farnam Street Financial | AJ122712-003  Security Deposit for C of A 015,016,017,018 | Deposits | 1,862.61 | 92,186.05 |
| 10/01/2015 | Farnam Street Financial | AJ122712-003  Security Deposit for C of A 019,020,021 | Deposits | 10,684.63 | 102,870.68 |
| 11/03/2015 | Farnam Street Financial | Security Deposit (CofA 022) | Deposits | 70.72 | 102,941.40 |
| 01/20/2016 | Farnam Street Financial | AJ122712-003  Denver, CO  Security Depost C of A #023 | Deposits | 307.33 | 103,248.73 |
| 01/20/2016 | Farnam Street Financial | AJ122712-003  Denver, CO  Security Depost C of A #023 | Deposits | 2,599.97 | 105,848.70 |
| 07/22/2016 | Farnam Street Financial | AJ122712-004  Balance of Security Deposit on Schedule No. 004 | Deposits | 7,381.84 | 113,230.54 |
| | | | | **$ 113,230.54** | |