**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | AJUBEO LLC |
| United States Bankruptcy Court for the | District of: Colorado (State) |
| Case number (If known): | 17-17924-JGR |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Creditor's Name**
Hewlett-Packard Financial Services

**Creditor's mailing address**
PO Box 402582
Atlanta, GA 30384-2582

**Creditor's email address, if known**

**Date debt was incurred**    11/1/2015

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Equipment    $ 122,942.00    $ 100,000.00

**Describe the lien**
equipment lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2   Creditor's Name**
Integrity Wealth Management

**Creditor's mailing address**
13540 Meadowgrass Dr., Suite 100
Colorado Springs, CO 80921

**Creditor's email address, if known**
jbelk@integritybankandtrust.com

**Date debt was incurred**    12/17/2014

**Last 4 digits of account number**    n/a?

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

Silicon Valley Bank (1st position)

**Describe debtor's property that is subject to a lien**
All assets, excluding equipment and    $ 915,167.00    $ Unknown
intellectual property

**Describe the lien**
Blanket 2nd lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,665,370.00

| Debtor | AJUBEO LLC | Case Number *(if known)* | 17-17924-JGR |
|---|---|---|---|

| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

---

**2.3** | **Creditor's Name**

Silicon Valley Bank

**Describe debtor's property that is subject to a lien**

All assets, excluding equipment and

$ 627,261.00   $ Unknown

intellectual property

**Creditor's mailing address**

380 Interlocken Crescent #600

Broomfield, CO 80021

**Describe the lien**

Blanket 1st lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

[X] No

[ ] Yes

**Date debt was incurred**  5/12/2014

**Is anyone else liable on this claim?**

[ ] No

[X] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  8522

**Do multiple creditors have an interest in the same property?**

[ ] No

[X] Yes.  Specify each creditor, including this creditor, and its relative priority.

Integrity Wealth Management (2nd lien)

**As of the petition filing date, the claim is:**

Check all that apply.

[ ] Contingent

[ ] Unliquidated

[ ] Disputed

---

**2.4** | **Creditor's Name**

**Describe debtor's property that is subject to a lien**

$ _____   $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

[ ] No

[ ] Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

[ ] No

[ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[ ] No

[ ] Yes.  Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

[ ] Contingent

[ ] Unliquidated

[ ] Disputed

---

Debtor  AJUBEO LLC                                    Case Number *(if known)*  17-17924-JGR

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Alexander Rheaume, Esq. (Attorney for Silicon Valley Bank) Riemer Braunstein LLP Three Center Plaza, Suite 600 Boston, MA 02108 | Line 2.  2.3 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

**Fill in this information to identify the case:**

Debtor ___Aiubeo LLC_____

United States Bankruptcy Court for the: _____ District of __Colorado__
(State)

Case number __17-17924-JGR_____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F
================

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
___See attached list_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3** Priority creditor's name and mailing address
_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor ___Jubeo LLC_____     Case number (if known) __17-17924-JGR__
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.___** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

**2.___** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

**2.___** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

**2.___** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

Debtor _____Ajubeo LLC_____    Case number *(if known)*_____17-17924_____
              Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |

**3.1** Nonpriority creditor's name and mailing address
See attached list
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____ Case number _(if known)_ _____
       Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

---

Case:17-17924-JGR   Doc#:70   Filed:09/08/17   Entered:09/08/17 18:38:27   Page8 of 12

| | | |
|---|---|---|

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Ajubeo LLC
          _____
          Name

Case number (if known) 17-17924-JGR

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|-------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ___ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  Aiubeod1C
_____
Name

Case number (if known)  17-17924-JGR

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 20,833.78 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,746,234.55 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,767,068.33 |

**Ajubeo, LLC - Schedule E- Priority Unsecured Claims**

| Creditor | Address | Amount | Contingent, Unliquidated Disputed | Basis of Claim | Date Incurred | Last 4 digits of account | Subject to Offset (Y/N) |
|---|---|---|---|---|---|---|---|
| Casale, Andrew | 7010 Warren Drive, Denver, CO 80221 | $ 1,629.65 | Unliquidated | Accrued PTO | Feb 26-Aug 25, 2017 | NA | N |
| Castle, Susan | 778 Forest St., Denver, CO 80220 | 334.74 | Unliquidated | Accrued PTO | Feb 26-Aug 25, 2017 | NA | N |
| Dewolf, Crystal | 6163 S. Sailda Ct., Aurora, CO 80016 | $ 759.88 | Unliquidated | Accrued PTO | Feb 26-Aug 25, 2017 | NA | N |
| Mathis, James | 2172 S. Trenton Way, Denver, CO 80231 | $ 970.14 | Unliquidated | Accrued PTO | Feb 26-Aug 25, 2017 | NA | N |
| Stover, Kris | 1700 Cambridge Dr, Norman, OK 73069 | $ 12,850.00 | Unliquidated | Accrued commission | Apr 1-Jun 30, 2017 | NA | N |
| White, Daniel | 3121 Brunot Ave., Pittsburgh, PA 15204 | $ 2,225.64 | Unliquidated | Accrued PTO | Feb 26-Aug 25, 2017 | NA | N |
| Whitt, Jason | 2474 S. Lima Way, Aurora, CO 80014 | $ 2,063.72 | Unliquidated | Accrued PTO | Feb 26-Aug 25, 2017 | NA | N |
| | | $ 20,833.78 | | | | | |

*Ajubeo, LLC - Schedule F- Non-priority Unsecured Claims*

| Creditor | Address | Amount | Contingent, Unliquidated Disputed | Basis of Claim | Date Incurred | Last 4 digits of account | Subject to Offset (Y/N) |
|---|---|---|---|---|---|---|---|
| ADVIZEX TECHNOLOGIES, LLC | 4019 Solutions Center, Chicago, IL 60677-4000 | $ 1,615.00 | | Trade debt | NA | NA | |
| Advoda Communications, Inc. | 6455 S. Yosemite Street, Suite 400, Greenwood Village, CO 80111 | $ 3,772.58 | | Trade debt | NA | NA | |
| American Arbitration Assocation | 45 E. River Park Place West, Suite 308 Fresno, CA  93720 | $ 1,106.25 | | Trade debt | NA | NA | |
| Big Sky Solutions Inc. | 7967 S CLAYTON CIR, CENTENNIAL, CO 80122 | $ 5,250.00 | | Trade debt | NA | NA | |
| BizTek International, LLC | 1113 Spruce Street, Suite 100, Boulder, CO 80302 | $ 831.08 | | Trade debt | NA | NA | |
| Brocade | P. O. Box 644006, Cincinnati, OH 45264-4006 | $ 6,259.66 | | Trade debt | NA | NA | |
| Casale, Andrew | 7010 Warren Drive, Denver, CO 80221 | $ 2,643.71 | | Accrued PTO | >180 days from petition date | NA | |
| CENTURYLINK | PO BOX 29040, PHOENIX, AZ 85038-9040 | $ 364.79 | | Trade debt | NA | NA | |
| Chubb & Son | PO Box 382001, Pittsburgh, PA 15250-8001 | $ 2,500.00 | | Trade debt | NA | NA | |
| Chuck Price | 1277 S. Mesa Court, Superior, CO 80027 | $ 122,222.00 | | Subordinated debt | NA | NA | |
| Cisco WebEx | 16720 Collections Center Drive, Chicago, IL 60693 | $ 99.00 | | Trade debt | NA | NA | |
| CloudNine | 14655 Northwest Frwy, Suite 135 Houston, TX 77040 | $ 926.01 | | Trade debt | NA | NA | |
| Coalfire Controls | 11000 Westmoor Circle Suite 450, Westminster, CO 80021 | $ 14,000.00 | | Trade debt | NA | NA | |
| Cogent Communications | P. O. Box 791087, Baltimore, MD 21279-1087, USA | $ 11,757.00 | | Trade debt | NA | NA | |
| Commvault Systems, Inc. | 28496 Network Place, Chicago, IL 60673-1284 | $ 12,000.00 | | Trade debt | NA | NA | |
| CSC Leasing Company | 6806 Paragon Place Suite 170, Richmond, VA 23230 | $ 63,391.04 | | Accrued lease | NA | NA | |
| CT Corporation | P. O. Box 4349, Carol Stream, IL 60197-4349 | $ 2,003.50 | | Trade debt | NA | NA | |
| Data Sales Co., Inc. | 3450 West Burnsville Parkway, Burnsville, MN 55337 | $ 17,501.03 | | Accrued lease | NA | NA | |
| DiscoverOrg LLC | Unit 94 PO Box 4500, Portland, OR 97208 | $ 4,999.98 | | Trade debt | NA | NA | |
| Drake Star Partners | 950 Third Avenue, New York NY 10022 | $ 11,810.87 | | Trade debt | NA | NA | |
| Farnam Street Financial, Inc. | 240 Pondview Plaza 5850 Opus Parkway, Minnetonka, MN 55343 | $ 886,822.97 | | Accrued lease | NA | NA | |
| FORTRUST | 4300 Brighton Blvd., Denver, CO 80216, USA | $ 122,387.23 | | Trade debt | NA | NA | |
| Global Communications Group | 10333 E. Dry Creek Road Suite 430, Englewood, Colorado 80112 | $ 76.62 | | Trade debt | NA | NA | |
| Hewlett-Packard Financial Services Company | PO Box 402582, Atlanta, GA 30384-2582 | $ 122,942.05 | | Accrued lease | NA | NA | |
| interxion | Hanauer Landstrasse 298, Frankfurt, AM MAIN 60314, Germany | $ 43,675.90 | | Trade debt | NA | NA | |
| Impact Legal | 225 East 16th Avenue, Suite #475 Denver, CO  80203 | $ 378.30 | | Trade debt | NA | NA | |
| Kendall, Koenig & Oelsner PC | 999 Eighteenth Street, Suite 1825, North Tower, Denver, CO 80202, USA | $ 20,449.00 | | Trade debt | NA | NA | |
| Kris Stover | 1700 Cambridge Dr, Norman, OK 73069 | $ 6,654.37 | | Accrued commissions/PTO | NA | NA | |
| Level 3 Communications | P. O. Box 910182, Denver, CO 80291-0182 | $ 3,875.26 | | Trade debt | NA | NA | |
| LogicMonitor, Inc. | Dept. LA 24200, Pasadena, CA 91185 | $ 3,000.00 | | Trade debt | NA | NA | |
| Neugeboren O'Dowd PC | 1227 Spruce St Suite 200, Boulder, CO 80302 | $ 18,177.11 | | Trade debt | NA | NA | |
| Nothing But Net | PO Box 60963, Phoenix, AZ 85082 | $ 260.00 | | Trade debt | NA | NA | |
| Objective Aim Consulting, LLC | 12695 Winona Cir, Broomfield, CO 80020 | $ 7,548.39 | | Trade debt | NA | NA | |
| PROMARK TECHNOLOGY, INC. | PO BOX 403624, ATLANTA, GA 30384-3624 | $ 83,471.40 | | Trade debt | NA | NA | |
| PSI Network, Inc. | 24800 Christina Way, Suite 250, Mission Viejo, CA 92691, USA | $ 998.10 | | Trade debt | NA | NA | |
| Quest | PO Box 910, Roseville, CA 95678 | $ 231.25 | | Trade debt | NA | NA | |
| RGL Forensice | 7887 East Belleview, Suite 1200 Denver, CO  80111 | $ 6,705.00 | | Trade debt | NA | NA | |
| Shrink IT Systems Inc. | PO Box 16608, Surfside Beach, SC 29587 | $ 146.75 | | Trade debt | NA | NA | |
| Steve Brothers | 71 S. Juniper Court, Golden, CO 80401 | $ 103,649.00 | | Accrued commissions | NA | NA | |
| Syntuity | 6334 S. Racine Circle, Suite 200, Centennial, CO 80111, US | $ 1,770.00 | | Trade debt | NA | NA | |
| Valcom Salt Lake City, LC | 3520 S 300 W, Salt Lake City, UT 84115 | $ 119.68 | | Trade debt | NA | NA | |
| White, Daniel | 3121 Brunot Ave., Pittsburgh, PA 15204 | $ 3,640.55 | | Accrued PTO | >180 days from petition date | NA | |
| Whitt, Jason | 2474 S. Lima Way, Aurora, CO 80014 | $ 6,823.45 | | Accrued PTO | >180 days from petition date | NA | |
| Zayo | P. O. Box 952136, Dallas, TX 75395-2136, USA | $ 2,169.67 | | Trade debt | NA | NA | |
| Zerto | 27-43 Wormwood Street, Suite 530, Boston, MA 02210 | $ 15,209.00 | | Trade debt | NA | NA | |