**Fill in this information to identify the case:**

Debtor name: Ajubeo LLC

United States Bankruptcy Court for the: _____ District of Colorado (State)

Case number (If known): 17-17924-JGR    Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | See attached schedule | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   page 1 of ___

Debtor _____    Case number (*if known*)_____
       Name

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____    _____

**State the term remaining**  _____    _____

**List the contract number of any government contract**  _____    _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____    _____

**State the term remaining**  _____    _____

**List the contract number of any government contract**  _____    _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____    _____

**State the term remaining**  _____    _____

**List the contract number of any government contract**  _____    _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____    _____

**State the term remaining**  _____    _____

**List the contract number of any government contract**  _____    _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____    _____

**State the term remaining**  _____    _____

**List the contract number of any government contract**  _____    _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____    _____

**State the term remaining**  _____    _____

**List the contract number of any government contract**  _____    _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____    _____

**State the term remaining**  _____    _____

**List the contract number of any government contract**  _____    _____

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page ___ of ___

## Ajubeo, LLC - Schedule G: Executory Contracts & Unexpired Leases

| Name | Address | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining / List the contract number of any government contract |
|---|---|---|---|
| Advoda Communications, Inc. | | Customer contract | n/a |
| | | Customer contract | month to month |
| | 6455 S. Yosemite Street, Suite 400, Greenwood Village, CO 80111 | Service provider | |
| | | Customer contract | thru Aug 2019 |
| | | Customer contract | month to month |
| | | Customer contract | thru Apr 2018 |
| | | Customer contract | thru Mar 2018 |
| | | Customer contract | thru Jul 2018 |
| | | Customer contract | thru Dec 2019 |
| | | Customer contract | thru Aug 2018 |
| CENTURYLINK | PO BOX 29040, PHOENIX, AZ 85038-9040 | Service provider | |
| | | Customer contract | thru Sep 2018 |
| Coalfire Controls | 11000 Westmoor Circle Suite 450, Westminster, CO 80021 | Service provider | |
| Cogent Communications | P. O. Box 791087, Baltimore, MD 21279-1087, USA | Service provider | |
| Commvault Systems, Inc. | 28496 Network Place, Chicago, IL 60673-1284 | Service provider | |
| | | Customer contract | month to month |
| | | Customer contract | thru Mar 2018 |
| CSC Leasing Company | 6806 Paragon Place Suite 170, Richmond, VA 23230 | Equipment lease | none |
| Data Sales Co., Inc. | 3450 West Burnsville Parkway, Burnsville, MN 55337 | Equipment lease | 31 months |
| DiscoverOrg LLC | Unit 94 PO Box 4500, Portland, OR 97208 | Service provider | |
| | | Customer contract | thru May 2018 |
| Farnam Street Financial, Inc. | 240 Pondview Plaza, 5850 Opus Parkway, Minnetonka, MN 55343 | Equipment lease | 24 months |
| | | Customer contract | thru Nov 2017 |
| FORTRUST | 4300 Brighton Blvd., Denver, CO 80216, USA | Data center lease | thru July 2018 |
| | | Customer contract | |
| Hewlett-Packard Financial Services Company | PO Box 402582, Atlanta, GA 30384-2582 | Equipment lease | 23 months |
| | | Customer contract | thru Feb 2020 |
| | | Customer contract | thru Jun 2018 |
| interxion | Hanauer Landstrasse 298, Frankfurt, AM MAIN 60314, Germany | Data center lease | |
| | | Customer contract | thru Aug 2017 |
| | | Customer contract | thru Dec 2017 |
| Level 3 Communications | P. O. Box 910182, Denver, CO 80291-0182 | Service provider | |
| LogicMonitor, Inc. | Dept. LA 24200, Pasadena, CA 91185 | Service provider | |
| | | Customer contract | thru Aug 2018 |
| | | Customer contract | thru Oct 2017 |
| | | Customer contract | thru Dec 2017 |
| | | Customer contract | thru Nov 2017 |
| | | Customer contract | month to month |
| | | Customer contract | thru Jun 2019 |
| Nothing But Net | PO Box 60963, Phoenix, AZ 85082 | Service provider | |
| Objective Aim Consulting, LLC | 12695 Winona Cir, Broomfield, CO 80020 | IT consulting services | |
| | | Customer contract | thru Oct 2018 |
| | | Customer contract | thru May 2018 |
| | | Customer contract | thru Jan 2018 |
| | | Customer contract | thru Sep 2018 |
| PROMARK TECHNOLOGY, INC. | PO BOX 403624, ATLANTA, GA 30384-3624 | Vendor/Service provider | |
| PSI Network, Inc. | 24800 Christina Way, Suite 250, Mission Viejo, CA 92691, USA | Service provider | |
| | | Customer contract | thru Mar 2019 |
| | | Customer contract | thru Oct 2017 |
| Quest | PO Box 910, Roseville, CA 95678 | Service provider | |

*Ajubeo, LLC - Schedule G: Executory Contracts & Unexpired Leases*

| Name | Address | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining List the contract number of any government contract |
|---|---|---|---|
| | | Customer contract | thru Jun 2018 |
| | | Customer contract | thru Feb 2020 |
| | | Customer contract | thru Jul 2019 |
| Shrink IT Systems Inc. | PO Box 16608, Surfside Beach, SC 29587 | Service provider | |
| | | Customer contract | thru Feb 2019 |
| | | Customer contract | thru Sep 2018 |
| | | Customer contract | thru Jul 2018 |
| | | Customer contract | thru Sep 2019 |
| | | Customer contract | thru Jul 2019 |
| | | Customer contract | thru Jan 2019 |
| Syntuity | 6334 S. Racine Circle, Suite 200, Centennial, CO 80111, US | Service provider | |
| | | Customer contract | thru May 2018 |
| | | Customer contract | thru Aug 2018 |
| | | Customer contract | thru Dec 2018 |
| Zayo | P. O. Box 952136, Dallas, TX 75395-2136, USA | Service provider | |
| Zerto | 27-43 Wormwood Street, Suite 530, Boston, MA 02210 | Service provider | |