# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

AJUBEO LLC,
EIN: 45-2467444,

Debtor.

Case No. 17-17924-JGR

Chapter 11

**ORDER SHORTENING NOTICE PERIOD WITH RESPECT TO MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO MOTION FOR ENTRY OF ORDERS (I)(A) APPROVING BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, (B) APPROVING STALKING HORSE BID PROTECTIONS, (C) APPROVING PROCEDURES FOR THE ASSUMPTION, ASSIGNMENT, AND SALE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (D) APPROVING THE FORM AND MANNER OF NOTICE OF THE AUCTION AND SALE HEARING AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (E) SCHEDULING AN AUCTION AND SALE HEARING, AND (F) GRANTING RELATED RELIEF; AND (II)(A) AUTHORIZING AND APPROVING THE SALE OF SUBSTANTIALLY ALL ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (B) WAIVING THE 14-DAY STAY OF FED. R. BANKR. P. 6004(h) AND 6006(d)**

This matter having come before the Court on the *Motion to Shorten Notice Period with respect to Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets, (B) Approving Stalking Horse Bid Protections, (C) Approving Procedures for the Assumption, Assignment, and Sale of Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of the Auction and Sale Hearing and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Scheduling an Auction and Sale Hearing, and (F) Granting Related Relief; and (II)(A) Authorizing and Approving the Sale of Substantially All Assets and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (B) Waiving the 14-Day Stay of Fed. R. Bankr. P. 6004(h) and 6006(d)* (the "**Motion to Shorten Notice**"), and good and sufficient cause appearing therefor, it is hereby **ORDERED THAT:**

1.  The Motion to Shorten Notice is GRANTED IN PART, as set forth herein;

2.  The deadline for parties in interest to object to the Motion (as defined in the Motion to Shorten Notice) shall be **September 15, 2017**; and

15933807

3. The three-day order delay period prescribed by Local Bankruptcy Rule 9013-1.5 is hereby waived and the Debtor is authorized to file a Certificate of Non-Contested Matter or Certificate of Contested Matter, as applicable, on September 18, 2017.

DATED: ___September 11___, 2017      BY THE COURT:

_____

The Hon. Joseph G. Rosania, Jr.
U.S. Bankruptcy Judge

2

15933807