UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
AJUBEO, LLC ) Case No. 17-17924
Tax ID / EIN: 45-2467444 )
) Chapter 11
)
Debtor. )

### UNITED STATES TRUSTEE'S LIST OF WITNESSES AND EXHIBITS

The United States Trustee, through undersigned counsel, hereby designates the following witnesses and exhibits for the hearing on September 21, 2017 at 1:00 p.m. in Courtroom B before the Honorable Joseph G. Rosania, Jr.

### WITNESSES

The United States Trustee will call the following witnesses:

1. Alex Smith, Principal of BGA Management, LLC d/b/a Alliance Management ("Alliance"), to testify as an adverse witness.

The United States Trustee **may** call the following witnesses:

2. Any witnesses endorsed by the Debtor or any other party or party present in the courtroom.
3. Any witness endorsed by another objecting party
4. Any witnesses necessary for impeachment or rebuttal.

### EXHIBITS

The United States Trustee intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein

Dated: September 18, 2017          Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Alison Goldenberg
Alison Goldenberg, #37138
Trial Attorney
Byron Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294
(303) 312-7238 Phone
(303) 312-7259 Fax
Alison.Goldenberg@usdoj.gov

## CERTIFICATE OF MAILING

The undersigned certifies that on the 18th day of September 2017, a true and correct copy of the **UNITED STATES TRUSTEE'S LIST OF WITNESSES AND EXHIBITS** was placed in first class mail addressed to the following:

**ALL EXHIBITS WERE SENT VIA E-MAIL TO DEBTOR'S COUNSEL OF RECORD AS REFLECTED ON PACER.**

Ajubeo, LLC
1470 Walnut Street, Suite 400
Boulder, CO 80302

Joshua M. Hantman, Esq.
410 17th St., Ste. 2200
Denver, CO 80202

Samuel M. Kidder
410 17th St., Ste. 2200
Denver, CO 80202

Michael Pankow
410 17th St., Ste. 2200
Denver, CO 80202

Matthew S. Rork
Fairfield and Woods, P.C.
1801 Lincoln Street, Suite 2600
Denver, Colorado 80202

Caroline C. Fuller
Fairfield and Woods, P.C.
1801 Lincoln Street, Suite 2600
Denver, Colorado 80202

Duncan E. Barber
Shapiro Bieging Barber Otteson LLP
4582 South Ulster Street Parkway, Suite 1650
Denver, Colorado 80237

Justin H. Miller
CAPLAN AND EARNEST LLC
1800 Broadway, Suite 200
Boulder, CO 80302-5289

                                                /s/ Lauren Collins-Barron
                                                Office of the United States Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| AJUBEO, LLC ) | Case No. 17-17924 |
| Tax ID / EIN: 45-2467444 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ATTACHMENT 1 - EXHIBITS FOR HEARING**
**September 21, 2017 at 1:00 p.m.**

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A | Action by Written Consent of the Board of Managers of Ajubeo LLC | | | |
| B | Alliance Management CRO Agreement, Docket #24-1 (Exhibit A to Debtor's "CRO Motion"). | | | |
| C | Member Consent of Ajubeo LLC | | | |
| D | Debtor's "Motion for Entry of An Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Employment of BGA Management, LLC d/b/a/ Alliance Management, as Chief Restructuring Officer" (CRO Motion"). | | | |
| E | Alliance Management Website 9/18/2017 | | | |