UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Thursday, September 21, 2017, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: ) | Bankruptcy Case No. |
| **AJUBEO LLC** ) | 17-17924-JGR |
| ) | Chapter 11 |
| Debtor(s). ) | |
| EIN: : **45-2467444** ) | |

☒ **Appearances:**

| | | | |
|---|---|---|---|
| Debtor: | Ajubeo LLC | Counsel: | Michael J. Pankow |
| | | | Samuel M. Kidder |
| Trustee: | United States Trustee | Counsel: | Alison Goldenburg |
| Creditor: | Green House Data, Inc. | Counsel: | Matthew S. Rork |

**Proceedings:** Final evidenitary hearing regarding Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. Sections 105(a) and 363(b) Authorizing the Employment of BGA Management, LLC, d/b/a Alliance Management, as Chief Restructuring Officer filed August 30, 2017 (Docket #24)

☒ Entry of appearances and statements/arguments made
☒ Evidentiary[1]
☒ Witnesses sworn, as noted below, or ☐ see attached list
☒ Exhibits entered, as noted below, or ☒ see attached list
☒ Mr. Alex Smith was sworn and testified.

**Orders:**
☒ Oral findings and conclusions made of record
☒ IT IS ORDERED as follows:
1. The Debtor shall have through September 25, 2017, within which to serve the Bid Procedures Order (Docket #110).
2. The matter was taken under advisement.

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ S. Nicholls
By: S. Nicholls, Law Clerk

---

[1] Evidentiary for statistical reporting purposes

**DEBTOR'S EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| 1 | Corrected Bid Procedures and Sale Motion, all exhibits attached thereto, and proposed order in connection therewith (Docket #60) | Yes | Yes | Admitted by Stipulation |
| 2 | Debtor's Scheduled D and E/F (Docket #70) | Yes | Yes | Admitted by Stipulation |
| 3 | Engagement Letter by and between the Debtor and Redwood Capital, dated as of August 5, 2016 | Yes | Yes | Admitted by Stipulation |
| 4 | Form of Letter to Debtor's Customers, dated as of September 6, 2017 | Yes | Yes | Admitted by Stipulation |
| 5 | Calendar appointment re: call between A. Smith and Customer A (customer name redacted) | Yes | Yes | Admitted by Stipulation |
| 6 | 9/1/-9/5/2017 email correspondence between A. Smith and Customer B (customer name redacted) | Yes | Yes | Admitted by Stipulation |
| 7 | 9/7/2017 email correspondence between A. Smith and Customer B (customer name redacted) | Yes | Yes | Admitted by Stipulation |
| 8 | Motion for Approval of Incentive Program, *In re TSA WD Holdings, Inc., et al.,* No. 16-10527-MFW (Bankr. D. Del., Aug. 10, 2016) | No | | |
| 9 | Order Approving Modified Executive Incentive Program and Authorizing Payments Thereunder, *In re TSA WD Holdings, Inc., et al.,* No. 16-10527-MFW (Bankr. D. Del., Aug. 31, 2016) | No | | |
| 10 | Motion for Approval of Key Employee Incentive Program, *In re RadioShack Corporation, et al.,* No. 15-10197-KJC (Bankr. D. Del. Feb. 6, 2015) | No | | |

| | | | | |
|---|---|---|---|---|
| 11 | Order Approving Key Employee Incentive Program, *In re RadioShack Corporation, et al.*, No. 15-10197-KJC (Bankr. D. Del. Feb. 6, 2015) | No | | |
| 12 | Order to Show Cause, *Data Sales Co., Inc. v. Ajubeo LLC*, Case No. 2017CV30822 (Boulder Cnty. Dist. Ct. August 17, 2017) | No | | |
| 13 | 8/30/2017 email (with attachment) from M. Rork to J. Hantman | Yes | Yes | Admitted by Stipulation |

**TRUSTEE'S EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| A | Action by Written Consent of the Board Managers of Ajubeo LLC | Yes | Yes | Admitted by Stipulation |
| B | Alliance Management CRO Agreement, Docket #24-1 (Exhibit A to Debtor's "CRO Motion") | Yes | Yes | Admitted by Stipulation |
| C | Member Consent of Ajubeo LLC | Yes | Yes | Admitted by Stipulation |
| D | Debtor's "Motion for Entry of An Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Employment of BGA Management, LLC d/b/a Alliance management, as Chief Restructuring Officer" ("CRO Motion") | Yes | Yes | Admitted by Stipulation |
| E | Alliance Management Website 9/18/2017 | Yes | Yes | Admitted by Stipulation |