# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>AJUBEO LLC,<br>EIN: 45-2467444,<br><br>Debtor. | Case No. 17-17924-JGR<br><br>Chapter 11 |

## DEBTOR'S REPORT OF SALE AND NOTICE OF CLOSING DATE OF ASSET SALE

Ajubeo LLC (the "**Debtor**"), the debtor and debtor-in-possession in the above-captioned case, hereby files this Report of Sale and Notice of Closing Date of Asset Sale pursuant to Rule 6004(f) of the Federal Rules of Bankruptcy Procedure and states as follows:

1. The Debtor filed its voluntary chapter 11 petition on August 25, 2017.

2. On September 5, 2017, the Debtor filed a motion (as corrected at Docket No. 60, the "**Sale Motion**"[1]) for entry of orders, *inter alia*, (i) establishing bid procedures for the sale of substantially all of the Debtor's assets, and (ii) approving the sale of the assets to the Stalking Horse Bidder or other Successful Bidder.

3. On September 20, 2017, the Court entered an order approving bid procedures for the sale of the assets (Docket No. 110) (the "**Bid Procedures Order**"). The Court set a hearing for October 31, 2017, to consider approval of the sale to the Stalking Horse Bidder or other higher and better bidder.

4. Pursuant to the Bid Procedures Order, the bid deadline for interested parties to submit overbids for the Debtor's assets was October 23, 2017 at 5:00 p.m. MT. The Debtor did not receive any qualified bids by the bid deadline. Accordingly, at the sale hearing held on October 31, 2017, the Debtor sought approval of the sale to the Stalking Horse Bidder.

5. On October 31, 2017, the Court entered an order approving the sale of substantially all of the Debtor's assets to the Stalking Horse Bidder (Docket No. 170).

6. The sale to the Stalking Horse Bidder closed on November 1, 2017. The total consideration paid for the Purchased Assets was $1,705,844.72, which figure includes a credit bid of the $299,366.03 balance under the Court-approved postpetition loan provided by the Stalking Horse Bidder.

7. A detailed description of the assets purchased by the Stalking Horse Bidder is set forth in that certain *Asset Purchase Agreement*, dated as of September 5, 2017 (Docket No. 60-1).

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.
16101535

Dated this 1st day of November, 2017.

                Respectfully submitted,

                BROWNSTEIN HYATT FARBER SCHRECK, LLP

                *s/Samuel M. Kidder*
                Michael J. Pankow, #21212
                Joshua M. Hantman, #42010
                Samuel M. Kidder, #49125
                410 17th Street, Suite 2200
                Denver, Colorado 80202
                Telephone: (303) 223-1100
                Facsimile: (303) 223-1111
                mpankow@bhfs.com
                jhantman@bhfs.com
                skidder@bhfs.com

                *Attorneys for Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of November, 2017, the foregoing **DEBTOR'S REPORT OF SALE AND NOTICE OF CLOSING DATE OF ASSET SALE** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties in interest participating the CM/ECF system, and was served by U.S. mail on the parties listed on the attached mailing matrix.

                                                  *s/Vicki O'Brien*
                                                  Vicki O'Brien, Legal Secretary

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 17-17924-JGR<br>District of Colorado<br>Denver<br>Wed Nov  1 14:18:27 MDT 2017 | AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.<br>c/o CORPORATION SERVICE COMPANY, as Regi<br>BANK OF AMERICA CENTER<br>1111 E MAIN ST 16TH FL<br>RICHMOND, VA 23219-3532 | Advizex Technologies, LLC<br>4019 Solutions Center<br>Chicago, IL 60677-4000 |
| Advoda Communications, Inc.<br>6455 S. Yosemite Street, Suite 400<br>Greenwood Village, CO 80111-5057 | Ajubeo LLC<br>1470 Walnut Street, Suite 400<br>Boulder, CO 80302-5371 | Alexander Rheaume, Esq.<br>Riemer Braunstein LLP<br>Three Center Plaza, Suite 600<br>Boston, MA 02108-2090 |
| American Arbitration Association<br>45 E. River Park Place West, Suite 308<br>Fresno, CA 93720-1565 | Andrew Casale<br>7010 Warren Drive<br>Denver, CO 80221-2580 | BMO Harris Bank National Association<br>1113 Spruce Street, Suite 100<br>Boulder, CO 80302-4001 |
| Duncan E. Barber<br>4582 S. Ulster St. Pkwy.<br>Ste. 1650<br>Denver, CO 80237-2686 | Big Sky Solutions, Inc.<br>Attn: Jim Albee<br>7967 S. Clayton Cir.<br>Centennial, CO 80122-3481 | BizTek International, LLC<br>1113 Spruce Street, Suite 100<br>Boulder, CO 80302-4001 |
| Brocade<br>P.O. Box 644006<br>Cincinnati, OH 45264-4006 | CDW/ Attn: Ronelle Erickson<br>200 N. Milwaukee Ave.<br>Vernon Hills, IL 60061-1577 | CSC Leasing Company<br>Attn: Jim Smith<br>6806 Paragon Place, Suite 170<br>Richmond, VA 23230-1829 |
| CT Corporation<br>111 Eighth Ave 13-Floor<br>New York, NY 10011-5213 | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | CenturyLink<br>PO Box 29040<br>Phoenix, AZ 85038-9040 |
| CenturyLink<br>PO Box 91155<br>Seattle, WA 98111-9255 | Chubb & Son<br>PO Box 382001<br>Pittsburgh, PA 15250-8001 | Chuck Price<br>1277 S. Mesa Court<br>Superior, CO 80027-8057 |
| Cisco WebEx<br>16720 Collections Center Drive<br>Chicago, IL 60693-0167 | Citizens Insurance Company of America<br>c/o The Corporation Company, as Register<br>7700 E Arapahoe Rd Ste 220<br>Centennial, CO 80112-1268 | CloudNine<br>14655 Northwest Frwy, Suite 135<br>Houston, TX 77040-4051 |
| Coalfire Controls<br>Attn: Zach Dillon<br>11000 Westmoor Circle, Suite 450<br>Westminster, CO 80021-2753 | Cogent Communications<br>Attn: Robert Barse<br>P.O. Box 791087<br>Baltimore, MD 21279-1087 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 |
| Commvault Systems, Inc.<br>Attn: Aaron A. Bunte<br>28496 Network Place<br>Chicago, IL 60673-1284 | Crystal Dewolf<br>6163 S. Salida Ct.<br>Aurora, CO 80016-3221 | Daniel White<br>3121 Brunot Ave.<br>Pittsburgh, PA 15204-1806 |

| | | |
|---|---|---|
| Data Sales Co., Inc.<br>c/o Caplan & Earnest<br>1800 Broadway, #200<br>Boulder, CO 80302-5289 | Data Sales Co., Inc.<br>Attn: Peter Friedenfeld<br>3450 West Burnsville Parkway<br>Burnsville, MN 55337-4203 | Dave Culbertson<br>12695 Winona Cir.<br>Broomfield, CO 80020-5736 |
| DiscoverOrg LLC<br>Attn: Mark Flynn<br>Unit 94<br>PO Box 4500<br>Portland, OR 97208-4500 | Drake Star Partners<br>950 Third Avenue<br>New York NY 10022-2705 | FORTRUST<br>Attn: Tiffany Freeman<br>4300 Brighton Blvd.<br>Denver, CO 80216-3710 |
| Farnam Street Financial, Inc.<br>240 Pondview Plaza<br>5850 Opus Parkway<br>Minnetonka, MN 55343-9687 | Farnam Street Financial, Inc.<br>5850 Opus Parkway, Suite 240<br>Minnetonka, MN 55343-9687 | Caroline C. Fuller<br>1801 California St.<br>Ste. 2600<br>Denver, CO 80202-2645 |
| Global Communications Group<br>10333 E. Dry Creek Road, Suite 430<br>Englewood, CO 80112-1561 | GoDaddy.com, LLC<br>c/o Corporation Service Company, as Regi<br>1560 Broadway, Suite 2090<br>Denver, CO 80202-5180 | Alison Goldenberg<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Google Inc.<br>c/o Corporation Service Company, as Regi<br>1560 Broadway Ste 2090<br>Denver, CO 80202-5180 | Green House Data, Inc.<br>c/o Fairfield and Woods PC<br>1801 California Street, Suite 2600<br>Denver, CO 80202-2645 | Joshua M. Hantman<br>410 17th St.<br>Ste. 2200<br>Denver, CO 80202-4432 |
| Hewlett-Packard Financial Services Company<br>Attn: Jason Smith<br>PO Box 402582<br>Atlanta, GA 30384-2582 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Impact Legal<br>225 East 16th Avenue, Suite #475<br>Denver, CO 80203-1691 |
| Infrastructures Investors, LLC<br>1470 Walnut Street, Suite 400<br>Boulder, CO 80302-5371 | (p)INGRAM MICRO INC<br>ATTN RECOVERY SERVICES<br>1759 WEHRLE DR<br>WILLIAMSVILLE NY 14221-7887 | Integrity Wealth Management<br>13540 Meadowgrass Dr., Suite 100<br>Colorado Springs, CO 80921-3006 |
| Interxion<br>Attn: Julia Pra<br>Hanauer Landstrasse 298<br>Frankfurt<br>AM MAIN 60314<br>Germany | James Mathis<br>2172 S. Trenton Way<br>Denver, CO 80231-5379 | Jason Whitt<br>2474 S. Lima Way<br>Aurora, CO 80014-1821 |
| Kendall, Koenig & Oelsner PC<br>999 Eighteenth Street, Suite 1825, North<br>Denver, CO 80202-2418 | Kendall, Koenig & Oelsner PC<br>Attn: Jon Taylor<br>999 Eighteenth Street<br>North Tower, Suite 1825<br>Denver, CO 80202-2499 | Samuel M. Kidder<br>410 17th St., Ste. 2200<br>Denver, CO 80202-4432 |
| Kris Stover<br>1700 Cambridge Dr.<br>Norman, OK 73069-7427 | LEAF Capital Funding, LLC(100-262308-001)<br>LEAF, c/o Legal Department<br>2005 Market St, 14th Floor<br>Philadelphia PA 19103-7009 | Leaf Capital Funding, LLC<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103-7009 |

| | | |
|---|---|---|
| Leaf Capital Funding, LLC<br>Attn: Matthew J. Weiss<br>190 Moore Street, Ste. 203<br>Hackensack, NJ 07601-7418 | Level 3 Communications<br>Attn: Robert Camenisch<br>PO Box 910182<br>Denver, CO 80291-0182 | LogicMonitor, Inc.<br>Dept. LA 24200<br>Pasadena, CA 91185-0001 |
| Justin Miller<br>1800 Broadway, Ste. 200<br>Boulder, CO 80302-5289 | Neugeboren ODowd PC<br>Attn: Carolyn Juarez<br>1227 Spruce St., Suite 200<br>Boulder, CO 80302-4829 | Nothing But Net<br>PO Box 60963<br>Phoenix, AZ 85082-0963 |
| Objective Aim Consulting, LLC<br>Attn: Dave Culbertson<br>12695 Winona Cir.<br>Broomfield, CO 80020-5736 | Optum Bank, Inc.<br>2525 Lake Park Blvd.<br>Salt Lake City, UT 84120-8230 | PAGERDUTY, INC<br>c/o NATIONAL REGISTERED AGENTS, INC., as<br>711 CAPITOL WAY S STE 204<br>OLYMPIA, WA 98501-1267 |
| PSI Network, Inc.<br>24800 Christina Way, Suite 250<br>Mission Viejo, CA 92691-4836 | Michael J. Pankow<br>410 17th St.<br>22nd Fl.<br>Denver, CO 80202-4437 | Promark Technology, Inc.<br>Attn: Mark Mattheu<br>PO Box 403624<br>Atlanta, GA 30384-3624 |
| Quest<br>PO Box 910<br>Roseville, CA 95678-0910 | Qwest Corporation dba<br>CenturyLink QC<br>931 14th St., Suite 900<br>Denver, CO 80202-2994 | RGL Forensics<br>7887 East Belleview<br>Suite 1200<br>Englewood, CO 80111-6027 |
| RGL Forensics<br>7887 East Belleview, Suite 1200<br>Denver, CO 80111-6027 | Alexander G. Rheaume<br>Three Center Plaza<br>Boston, MA 02108-2003 | RingCentral, Inc.<br>c/o InCorp Services, Inc.<br>36 South 18th Avenue, Suite D<br>Brighton, CO 80601-2452 |
| Matthew S. Rork<br>1801 California St.<br>Ste. 2600<br>Denver, CO 80202-2645 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Shrink IT Systems Inc.<br>PO Box 16608<br>Surfside Beach, SC 29587-6608 |
| Silicon Valley Bank<br>3003 Tasman Drive<br>Santa Clara, CA 95054-1191 | Silicon Valley Bank<br>380 Interlocken Crescent #600<br>Broomfield, CO 80021-8036 | Alex Smith<br>BGA Management, LLC d/b/a Alliance<br>1400 Sixteenth Street<br>Suite 400<br>Market Square<br>Denver, CO 80202-5995 |
| Steve Brothers<br>71 S. Juniper Court<br>Golden, CO 80401-5002 | Susan Castle<br>778 Forest St.<br>Denver, CO 80220-5169 | Syntuity<br>6334 S. Racine Circle, Suite 200<br>Centennial, CO 80111-6405 |
| Jonathon J Taylor<br>999 18th Street<br>North Tower, Ste 1825<br>Denver, CO 80202-2499 | Thomas Whitcomb<br>1319 Greening Avenue<br>Erie, CO 80516-7022 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |

```
VAR Resources, Inc.                 Valcom Sale Lake City, LC          Virginia Commonwealth Bank
7808 Creekridge Circle, Suite 250   3520 S. 300 W.                     1965 Wakefield Street
Edina, MN 55439-2647                Salt Lake City, UT 84115-4310      PO Box 1777
                                                                       Petersburg, VA 23805-0777



Christopher A. Ward                 Zayo                               Zerto
222 Delaware Ave., Ste. 1101        PO Box 952136                      Attn: Nick Nguyen
Wilmington, DE 19801-1621           Dallas, TX 75395-2136              27-43 Wormwood Street, Suite 530
                                                                       Boston, MA 02210
                                                                       1 02210-1619
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Ingram Micro Inc.
1759 Wehrle Dr.
Williamsville, NY 14221
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)15918493                         (d)Drake Star Partners             (u)Integrity Wealth Management
                                    950 Third Avenue
                                    New York, NY 10022-2705



(u)Silicon Valley Bank              End of Label Matrix
                                    Mailable recipients    95
                                    Bypassed recipients     4
                                    Total                  99
```